UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MELVIN O. WRIGHT,

        Plaintiff,

-against-                                    9:03-CV-0743
                                                                         (LEK/DEP)
GLENN S. GOORD, *et al.*,

        Defendants.

**DECISION AND ORDER**

This matter comes before the Court following a Report-Recommendation filed on February 27, 2006, by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York. Report-Rec. (Dkt. No. 53). After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Plaintiff and a response by Defendants, which were filed on March 13, 2006 and March 21, 2006, respectively. Objections (Dkt. No. 54); Response (Dkt. No. 55).

It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id. This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.[1]

---

[1] The Court does note that the correct citation for Ryan v. Lyder is No. 01 Civ. 10057, 2002 WL 1990780 (S.D.N.Y. Aug. 28, 2002). Report-Rec. (Dkt. No. 53) at 11. Additionally, the correct citation for Tellier v. Fields is 280 F.3d 69 (2d Cir. 2000). Report-Rec. (Dkt. No. 53) at 19.

1

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendant's motion for summary judgment (Dkt. No. 48) is **GRANTED**, on the merits, and that Plaintiff's second amended complaint (Dkt. No. 7) is **DISMISSED**; and it is further

**ORDERED**, that the Clerk serve a copy of this order on all parties.

**IT IS SO ORDERED**.

DATED:    March 27, 2006
          Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge